IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01510-ZLW-BNB

EDWARD ALLEN,

Plaintiff,

v.

ARISTEDES ZAVARAS,
UNKNOWN STERLING CORRECTIONAL MEDICAL STAFF, and
DR. KREBS,

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion to Strike Motion for Summary Judgment** [Doc. #51, filed 01/25/2011]. The Motion is frivolous and is DENIED.

The plaintiff seeks an order striking the defendants' motion for summary judgment. He states that the defendants placed their motion for summary judgment in the United States mail one day later than the date certified in the defendants' Certificate of Service. The plaintiff cites to "Exhibit (J)" in support of his statement, but he does not attach an Exhibit (J) to the Motion. Moreover, he does not claim to have suffered any prejudice from the defendants' alleged untimeliness.[1]  Accordingly,

IT IS ORDERED:

1. The Motion is DENIED;

---

[1] The plaintiff filed two similar motions in Civil Action No. 09-cv-02325-ZLW-BNB. As with the instant Motion, the plaintiff cited to exhibits that were not attached, and he did not claim any prejudice from the defendants' alleged untimeliness.

    2.  The plaintiff shall cease filing frivolous motions; and

    3.  Failure to comply with this order may result in sanctions, including dismissal of this case.

Dated February 16, 2011.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge